UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
KENNETH MAURICE BROWN
SSN: XXX-XX-8099
VALERIE RENEE KING
SSN: XXX-XX-3301

CASE NO: 14-02472-5-SWH
CHAPTER 13

DEBTORS

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PAYMENTS UNDER THE PLAN

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, John F. Logan, files this Notice of Final Cure Payment and Completion of Payments Under the Plan. The amount required to cure the default in the claim listed below has been paid in full and the Debtors have completed all payments under the Plan.

**Creditor:**        WILLOW CREEK FINANCIAL SERVICES LLC
**Court Claim#:**    7
**Account#:**        6506

The Trustee has disbursed a total of $70,137.12 to the Creditor representing post-petition mortgage payments for the months August 2014 through February 2020. All post-petition contractual mortgage payments owed to the Creditor have been paid through and including the February 2020 payment. **As of April 27, 2020 the total amount due on this mortgage was $84,952.06**. The Trustee has instructed the Debtors to resume making the contractual monthly mortgage payments directly to the Creditor beginning with the payment due on March 01, 2020.

In addition to the contractual post-petition mortgage payments, the Creditor was also allowed a pre-petition arrearage claim in the amount of $15,609.85. This claim has been paid in full.

Within 21 days of the service of this Notice, the Creditor **MUST** file and serve a statement on the Debtors, Debtors' counsel and the Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), indicating: whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim, and whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). Should the holder of the claim fail to fully comply, sanctions may be ordered under Federal Rule of Bankruptcy Procedure 3002.1(i).

Dated: July 28, 2020

*/s/ John F. Logan*
JOHN F. LOGAN
NC BAR NO. 12473
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

## CERTIFICATE OF SERVICE

      I hereby certify that this day I have served a copy of this Notice of Final Cure Payment and Completion of Payments Under the Plan upon the parties to this action as indicated, electronically or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to counsel for said parties, this 28th day of July, 2020.

                                                                */s/ Anna Maroun*

                                                                Anna Maroun, NCCP
                                                                Case Administrator

**COPIES TO:**

**DEBTORS**
KENNETH MAURICE BROWN
VALERIE RENEE KING
5825 SANDY RUN
KNIGHTDALE, NC 27545

**ATTORNEY FOR DEBTORS**      (via Electronic Mail)
WILLIAM E. BREWER, JR.
JANVIER LAW FIRM, PLLC
311 E EDENTON ST
RALEIGH, NC 27601

**CREDITOR**
WILLOW CREEK FINANCIAL SERVICES LLC
C/O FCI LENDER SERVICES, INC.
ATTN: OFFICER
PO BOX 27370
ANAHEIM HILLS, CA 92809-0112

**ADDRESS 2 FOR CREDITOR**
MCMICHAEL TAYLOR GRAY, LLC
5555 GLENRIDGE CONNECTOR
SUITE 200
ATLANTA, GA 30342

**ADDRESS 3 FOR CREDITOR**
SOTTILE & BARILE, LLC
ATTN: OFFICER
394 WARDS CORNER ROAD, SUITE 180
LOVELAND, OH 45140

**ADDRESS 4 FOR CREDITOR**
MARK A. BAKER, ESQ.
MCMICHAEL TAYLOR GRAY, LLC
3550 ENGINEERING DRIVE, SUITE 260
PEACHTREE CORNERS, GA 30092

**ATTORNEY FOR CREDITOR**
HUTCHENS LAW FIRM
ATTN: BANKRUPTCY DEPT.
PO BOX 2505
FAYETTEVILLE, NC 28302