UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  
KENNETH MAURICE BROWN  
VALERIE RENEE KING  
DEBTOR(S)

CASE NUMBER:  
14-02472-5-SWH

CHAPTER 13

## MOTION TO DECLARE MORTGAGE PAYMENT CURRENT

NOW COMES, John F. Logan, Standing Chapter 13 Trustee, and hereby moves the Court for an Order declaring the Debtors' mortgage to WILLOW CREEK FINANCIAL SERVICES LLC current; and, in support of said Motion, shows unto the Court as follows:

1. The Debtors filed a voluntary Chapter 13 petition on May 1, 2014.

2. The Debtors' Chapter 13 Plan was confirmed on June 26, 2015.

3. WILLOW CREEK FINANCIAL SERVICES LLC ("Creditor") filed a claim in this case (Court Claim #7), secured by the Debtors' residence. The Trustee has disbursed a total of $70,137.12 on this claim representing post-petition mortgage payments for the months August 2014 through February 2020 (Exhibit 1). All post-petition, contractual mortgage payments owed to the Creditor, have been paid through and including the February 2020 payment.

4. In addition to the contractual post-petition mortgage payments, the Creditor was also allowed a pre-petition arrearage claim in the amount of $15,609.85. This claim has been paid in full.

5. The Trustee received a summary of the loan from the Creditor (Exhibit 2) stating the principal balance due and owing as of April 27, 2020 is $84,952.06. The Trustee agrees with this amount.

6. Based on the foregoing information available to the Trustee, the Creditor was served with a Notice of Final Cure Payment and Completion of Payments Under the Plan ("Notice") complying with Federal Rule of Bankruptcy Procedure 3002.1(f) and (g).

7. The Creditor has filed a Response to the Trustee's Notice stating that the account is due for the May 2020 payment forward and that the principal balance due and owing as of August 14, 2020 is $84,418.48.

8. Other than as stated herein, the Trustee is not aware of any other permissible fees, expenses or charges accruing on the Mortgage Loan from the Petition date through the date of this Motion, that have not been paid.

9. The claim of the Creditor was allowed as a long-term debt pursuant to the provisions of 11 U.S.C. § 1322(b)(5).

10. The Creditor should be required to treat the Debtors' mortgage as reinstated and fully current in all obligations under the mortgage through and including the February 2020 payment.

11. The Debtors have completed the Plan and are entitled to entry of a discharge. The Debtors shall resume making regular ongoing mortgage payments to the Creditor beginning with the payment due on March 1, 2020.

**WHEREFORE** the Trustee prays as follows:

1. That the Creditor be required to treat the Debtors' mortgage as reinstated and fully current in all obligations under the mortgage through and including the February 2020 payment;

2. That the principal amount due and owing to the Creditor as of April 27, 2020 is $84,952.06;

3. That there are no outstanding fees or interest charges as of the date of this Motion, other than as stated herein;

4. That the regular monthly payments due to the Creditor shall be paid directly by the Debtors beginning on March 1, 2020;

5. That this case be processed for closing.

This 21st day of August, 2020.

*/s/ John F. Logan*
JOHN F. LOGAN
NC BAR NO. 12473
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355
FACSIMILE: (919) 876-6889

# EXHIBIT 1

John F. Logan
Chapter 13 Trustee

## Summary of Trustee Disbursements:
Case Number: 14-02472-5-SWH
Trustee Claim#: 1

| Date | Check# | Amount | Payee Name | Description |
|---|---|---|---|---|
| 07/22/2015 | 497743 | $12,057.48 | US BANK TRUST | Pymt for Aug/2014 thru Jul/2015 |
| 08/21/2015 | 499677 | $1,004.79 | US BANK TRUST | Pymt for Aug/2015 |
| 09/22/2015 | 501668 | $1,004.79 | US BANK TRUST | Pymt for Sep/2015 |
| 10/22/2015 | 503630 | $1,004.79 | US BANK TRUST | Pymt for Oct/2015 |
| 11/20/2015 | 504812 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Nov/2015 |
| 12/22/2015 | 506746 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Dec/2015 |
| 01/21/2016 | 508642 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Jan/2016 |
| 02/23/2016 | 510533 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Feb/2016 |
| 03/22/2016 | 512499 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Mar/2016 |
| 04/21/2016 | 514441 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Apr/2016 |
| 05/20/2016 | 516361 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for May/2016 |
| 06/22/2016 | 518293 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Jun/2016 |
| 07/21/2016 | 520191 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Jul/2016 |
| 08/24/2016 | 522033 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Aug/2016 |
| 09/22/2016 | 523875 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Sep/2016 |
| 10/21/2016 | 525715 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Oct/2016 |
| 11/22/2016 | 527560 | $1,004.79 | KONDAUR CAPITAL CORPORATION | Pymt for Nov/2016 |
| 12/20/2016 | 530352 | $1,004.79 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Dec/2016 |
| 01/20/2017 | 532113 | $1,011.51 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Jan/2017 |
| 02/20/2017 | 534027 | $1,011.51 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Feb/2017 |
| 03/21/2017 | 536020 | $1,011.51 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Mar/2017 |
| 04/25/2017 | 538028 | $1,011.51 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Apr/2017 |
| 05/24/2017 | 540011 | $1,011.51 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for May/2017 |
| 07/20/2017 | 543694 | $1,011.51 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Jun/2017 |
| 08/22/2017 | 545577 | $2,083.76 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Jul/2017 thru Aug/2017 |
| 09/22/2017 | 547413 | $1,041.88 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Sep/2017 |
| 10/23/2017 | 549293 | $1,041.88 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Oct/2017 |
| 11/21/2017 | 551045 | $1,041.88 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Nov/2017 |
| 12/20/2017 | 552833 | $1,041.88 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Dec/2017 |
| 01/24/2018 | 554587 | $1,037.24 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Jan/2018 |
| 02/22/2018 | 556372 | $1,037.24 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Feb/2018 |
| 03/23/2018 | 558207 | $1,037.24 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Mar/2018 |
| 04/24/2018 | 560045 | $1,037.24 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Apr/2018 |
| 05/22/2018 | 561817 | $1,037.24 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for May/2018 |
| 07/24/2018 | 565415 | $2,122.59 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Jun/2018 thru Jul/2018 |
| 08/22/2018 | 567200 | $1,085.35 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Aug/2018 |
| 09/25/2018 | 568971 | $1,085.35 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Sep/2018 |
| 10/23/2018 | 570701 | $1,085.35 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Oct/2018 |
| 11/20/2018 | 572321 | $1,085.35 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Nov/2018 |
| 12/21/2018 | 574001 | $1,085.35 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Dec/2018 |
| 01/23/2019 | 575756 | $1,105.79 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Jan/2019 |
| 02/22/2019 | 577509 | $1,105.79 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Feb/2019 |
| 03/22/2019 | 579253 | $1,105.79 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Mar/2019 |
| 04/23/2019 | 581014 | $1,157.42 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Apr/2019 |
| 06/21/2019 | 584445 | $2,314.84 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for May/2019 thru Jun/2019 |

| Date | Check # | Amount | Payee | Memo |
|---|---|---|---|---|
| 08/23/2019 | 587870 | $1,157.42 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Jul/2019 |
| 09/23/2019 | 589542 | $2,314.84 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Aug/2019 thru Sep/2019 |
| 10/24/2019 | 591325 | $1,157.42 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Oct/2019 |
| 11/22/2019 | 592990 | $1,157.42 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Nov/2019 |
| 12/19/2019 | 594673 | $1,143.22 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Dec/2019 |
| 01/22/2020 | 596353 | $1,111.19 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Jan/2020 |
| 02/20/2020 | 597894 | $1,111.19 | WILLOW CREEK FINANCIAL SERVICES LLC | Pymt for Feb/2020 |

**Total: $70,137.12**

Exhibit 2

# FCI Lender Services, Inc.
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com  NMLS #4920  DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112  Fax: (714) 282-5775

**Report Date: 06/16/2020**

# Loan Master Report

| Company | FCI Lender Services, Inc. | Account Number: | |
|---|---|---|---|
| | PO BOX 28720 | Primary Borrower: | KENNETH BROWN |
| | Anaheim CA 92809-0112 | Primary Property: | 5825 SANDY RUN |
| | 800-931-2424 | | KNIGHTDALE NC KNIGHTDALE |

## Account Activity From 5/1/2014

| Transaction Date | Payment Due Date | Reference | Description | Transaction Amount | Interest | Principal | LateChgs | Other | Reserve | Impound | CurrentBalance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | $0.00 |
| 05/01/2014 | 05/01/2014 | BK funds | Funding | $355.98 | $0.00 | $355.98 | $0.00 | $0.00 | $0.00 | $0.00 | -$355.98 |
| 05/01/2014 | | BK funds | Late Charge | $0.00 | | | $0.00 | | | | |
| 11/01/2015 | 11/01/2015 | BOARDING | Funding | -$95,698.16 | $0.00 | -$95,698.16 | $0.00 | $0.00 | $0.00 | $0.00 | $95,342.18 |
| 11/01/2015 | | BOARDING | Late Charge | $0.00 | | | $0.00 | | | | |
| 10/26/2016 | 10/26/2016 | WIRE-2 | OtherCash | $2,485.02 | $0.00 | $0.00 | $0.00 | $0.00 | $1,953.34 | $531.68 | $95,342.18 |
| 10/26/2016 | | WIRE-2 | Late Charge | $0.00 | | | $0.00 | | | | |
| 11/03/2016 | 11/03/2016 | 525715 | OtherCash | $1,281.02 | $0.00 | $0.00 | $0.00 | $0.00 | $1,281.02 | $0.00 | $95,342.18 |
| 11/03/2016 | | 525715 | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/05/2016 | 12/05/2016 | 527560 | OtherCash | $1,281.02 | $0.00 | $0.00 | $0.00 | $0.00 | $1,281.02 | $0.00 | $95,342.18 |
| 12/05/2016 | | 527560 | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/09/2016 | 09/01/2016 | TRUST | RegPmt | $0.00 | $754.79 | $190.55 | $0.00 | $0.00 | -$1,004.78 | $59.44 | $95,151.63 |
| 12/09/2016 | | TRUST | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/09/2016 | 10/01/2016 | TRUST | RegPmt | $0.00 | $753.28 | $191.63 | $0.00 | $0.00 | -$1,004.35 | $59.44 | $94,960.00 |
| 12/09/2016 | | TRUST | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/09/2016 | | Reserve | Transfer | -$1,385.50 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,385.50 | $0.00 | $94,960.00 |
| 12/09/2016 | | Reserve | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/09/2016 | 11/01/2016 | TRUST | RegPmt | $0.00 | $751.77 | $193.14 | $0.00 | $0.00 | -$1,004.35 | $59.44 | $94,766.86 |
| 12/09/2016 | | TRUST | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/09/2016 | 12/09/2016 | POC | Attorneys Fees per POC | -$300.00 | $0.00 | $0.00 | $0.00 | -$300.00 | $0.00 | $0.00 | $94,766.86 |
| 12/09/2016 | | POC | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/09/2016 | 12/09/2016 | POC | Escrow Shortage Per POC | -$238.00 | $0.00 | $0.00 | $0.00 | -$238.00 | $0.00 | $0.00 | $94,766.86 |
| 12/09/2016 | | POC | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/27/2016 | 12/27/2016 | Reserve | Transfer | -$276.25 | $0.00 | $0.00 | $0.00 | $0.00 | -$276.25 | $0.00 | $94,766.86 |
| 12/27/2016 | | Reserve | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/27/2016 | 12/01/2016 | TRUST | RegPmt | $0.00 | $750.24 | $194.67 | $0.00 | $0.00 | -$1,004.35 | $59.44 | $94,572.19 |
| 12/27/2016 | | TRUST | Late Charge | $0.00 | | | $0.00 | | | | |
| 12/27/2016 | 12/27/2016 | 530352 | OtherCash | $1,281.04 | $0.00 | $0.00 | $0.00 | $0.00 | $1,281.04 | $0.00 | $94,572.19 |
| 12/27/2016 | | 530352 | Late Charge | $0.00 | | | $0.00 | | | | |
| 01/01/2017 | 01/01/2017 | TRUST | RegPmt | $0.00 | $758.55 | $193.52 | $0.00 | $0.00 | -$1,011.51 | $59.44 | $94,378.67 |
| 01/24/2017 | | TRUST | Late Charge | $0.00 | | | $0.00 | | | | |
| 01/24/2017 | 01/24/2017 | Reserve | Transfer | -$269.41 | $0.00 | $0.00 | $0.00 | $0.00 | -$269.41 | $0.00 | $94,378.67 |
| 01/24/2017 | | Reserve | Late Charge | $0.00 | | | $0.00 | | | | |
| 01/24/2017 | 01/24/2017 | 532113 | OtherCash | $1,280.92 | $0.00 | $0.00 | $0.00 | $0.00 | $1,280.92 | $0.00 | $94,378.67 |
| 01/24/2017 | | 532113 | Late Charge | $0.00 | | | $0.00 | | | | |

Centurion Powered                                                06/16/2020 5:29 p.m.

Exhibit 2

FCI Lender Services, Inc.
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com  NMLS #4920  DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112  Fax: (714) 282-5775

Report Date: 06/16/2020
Loan Master Report

| Date | Date | Ref# | Type | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2017 | 02/02/2017 | EscrowVou | EscVou | -$818.26 | $0.00 | $0.00 | $0.00 | $0.00 | -$818.26 | | $94,378.67 |
| 02/02/2017 | 02/02/2017 | EscrowVou | Late Charge | $0.00 | | | | | | | |
| 02/24/2017 | 02/01/2017 | TRUST | RegPmt | $0.00 | $757.00 | $195.07 | $0.00 | $0.00 | $0.00 | $59.44 | $94,183.60 |
| 02/24/2017 | 02/24/2017 | TRUST | Late Charge | $0.00 | | | | | | | |
| 02/24/2017 | 02/24/2017 | 534027 | OtherCash | $1,169.67 | $0.00 | $0.00 | $0.00 | $0.00 | $1,169.67 | $0.00 | $94,183.60 |
| 02/24/2017 | 02/24/2017 | 534027 | Late Charge | $0.00 | | | | | | | |
| 02/24/2017 | 02/24/2017 | Reserve | Transfer | -$158.16 | $0.00 | $0.00 | $0.00 | $0.00 | -$158.16 | $0.00 | $94,183.60 |
| 02/24/2017 | 02/24/2017 | Reserve | Late Charge | $0.00 | | | | | | | |
| 03/24/2017 | 03/24/2017 | 536020 | OtherCash | $1,267.28 | $0.00 | $0.00 | $0.00 | $0.00 | $1,267.28 | $0.00 | $94,183.60 |
| 03/24/2017 | 03/24/2017 | 536020 | Late Charge | $0.00 | | | | | | | |
| 03/24/2017 | 03/01/2017 | TRUST | RegPmt | $0.00 | $755.43 | $196.64 | $0.00 | $0.00 | $0.00 | $59.44 | $93,986.96 |
| 03/24/2017 | 03/24/2017 | TRUST | Late Charge | $0.00 | | | | | | | |
| 03/24/2017 | 03/24/2017 | Reserve | Transfer | -$255.77 | $0.00 | $0.00 | $0.00 | $0.00 | -$255.77 | $0.00 | $93,986.96 |
| 03/24/2017 | 03/24/2017 | Reserve | Late Charge | $0.00 | | | | | | | |
| 04/28/2017 | 04/28/2017 | 538028 | OtherCash | $1,304.38 | $0.00 | $0.00 | $0.00 | $0.00 | $1,304.38 | $0.00 | $93,986.96 |
| 04/28/2017 | 04/28/2017 | 538028 | Late Charge | $0.00 | | | | | | | |
| 04/28/2017 | 04/28/2017 | Reserve | Transfer | -$292.87 | $0.00 | $0.00 | $0.00 | $0.00 | -$292.87 | $0.00 | $93,986.96 |
| 04/28/2017 | 04/28/2017 | Reserve | Late Charge | $0.00 | | | | | | | |
| 04/28/2017 | 04/01/2017 | TRUST | RegPmt | $0.00 | $753.85 | $198.22 | $0.00 | $0.00 | $0.00 | $59.44 | $93,788.74 |
| 04/28/2017 | 04/28/2017 | TRUST | Late Charge | $0.00 | | | | | | | |
| 05/30/2017 | 05/30/2017 | Reserve | Transfer | -$262.70 | $0.00 | $0.00 | $0.00 | $0.00 | -$262.70 | $0.00 | $93,788.74 |
| 05/30/2017 | 05/30/2017 | Reserve | Late Charge | $0.00 | | | | | | | |
| 05/30/2017 | 05/01/2017 | TRUST | RegPmt | $0.00 | $752.26 | $199.81 | $0.00 | $0.00 | $0.00 | $59.44 | $93,588.93 |
| 05/30/2017 | 05/30/2017 | TRUST | Late Charge | $0.00 | | | | | | | |
| 05/30/2017 | 05/30/2017 | 540011 | OtherCash | $1,294.07 | $0.00 | $0.00 | $0.00 | $0.00 | $1,294.07 | $0.00 | $93,588.93 |
| 05/30/2017 | 05/30/2017 | 540011 | Late Charge | $0.00 | | | | | | | |
| 07/24/2017 | 06/01/2017 | TRUST | RegPmt | $0.00 | $750.66 | $201.41 | $0.00 | $0.00 | $1,011.51 | $59.44 | $93,387.52 |
| 07/24/2017 | 07/24/2017 | 543694 | Late Charge | $0.00 | | | | | | | |
| 08/25/2017 | 08/25/2017 | Reserve | Transfer | -$810.49 | $0.00 | $0.00 | $0.00 | $0.00 | -$810.49 | $0.00 | $93,387.52 |
| 08/25/2017 | 08/25/2017 | Reserve | Late Charge | $0.00 | | | | | | | |
| 08/25/2017 | 07/01/2017 | 545577 | RegPmt | $2,894.25 | $768.50 | $1,255.82 | $0.00 | $0.00 | $810.49 | $59.44 | $92,131.70 |
| 08/25/2017 | 08/25/2017 | 545577 | Late Charge | $0.00 | | | | | | | |
| 09/26/2017 | 08/01/2017 | TRUST | RegPmt | $0.00 | $758.17 | $224.27 | $0.00 | $0.00 | $1,041.88 | $59.44 | $91,907.43 |
| 09/26/2017 | 09/26/2017 | TRUST | Late Charge | $0.00 | | | | | | | |
| 09/26/2017 | 09/26/2017 | Reserve | Transfer | -$275.38 | $0.00 | $0.00 | $0.00 | $0.00 | -$275.38 | $0.00 | $91,907.43 |
| 09/26/2017 | 09/26/2017 | Reserve | Late Charge | $0.00 | | | | | | | |
| 09/26/2017 | 09/26/2017 | 547413 | OtherCash | $1,317.26 | $0.00 | $0.00 | $0.00 | $0.00 | $1,317.26 | $0.00 | $91,907.43 |
| 09/26/2017 | 09/26/2017 | 547413 | Late Charge | $0.00 | | | | | | | |
| 10/27/2017 | 09/01/2017 | TRUST | RegPmt | $0.00 | $756.32 | $226.12 | $0.00 | $0.00 | $1,041.88 | $59.44 | $91,681.31 |
| 10/27/2017 | 10/27/2017 | TRUST | Late Charge | $0.00 | | | | | | | |
| 10/27/2017 | 10/27/2017 | 549293 | OtherCash | $1,306.44 | $0.00 | $0.00 | $0.00 | $0.00 | $1,306.44 | $0.00 | $91,681.31 |
| 10/27/2017 | 10/27/2017 | 549293 | Late Charge | $0.00 | | | | | | | |
| 10/27/2017 | 10/27/2017 | Reserve | Transfer | -$264.56 | $0.00 | $0.00 | $0.00 | $0.00 | -$264.56 | $0.00 | $91,681.31 |
| 10/27/2017 | 10/27/2017 | Reserve | Late Charge | $0.00 | | | | | | | |
| 11/28/2017 | 11/28/2017 | 551045 | OtherCash | $1,306.38 | $0.00 | $0.00 | $0.00 | $0.00 | $1,306.38 | $0.00 | $91,681.31 |
| 11/28/2017 | 11/28/2017 | 551045 | Late Charge | $0.00 | | | | | | | |
| 11/28/2017 | 11/28/2017 | Reserve | Transfer | -$264.50 | $0.00 | $0.00 | $0.00 | $0.00 | -$264.50 | $0.00 | $91,681.31 |

Exhibit 2

FCI Lender Services, Inc.  
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)  
Website: www.trustfci.com  NMLS #4920  DRE #01022780  
PO BOX 28720 Anaheim CA 92809-0112  Fax: (714) 282-5775

Report Date: 06/16/2020

Loan Master Report

| Date | Date | Account | Type | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2017 | | Reserve | Late Charge | $0.00 | | | | | | |
| 11/28/2017 | 10/01/2017 | TRUST | RegPmt | $0.00 | $754.46 | $227.98 | $0.00 | $0.00 | -$1,041.88 | $91,453.33 |
| 11/28/2017 | | TRUST | Late Charge | $0.00 | | | | | $59.44 | $91,453.33 |
| 12/05/2017 | | 1072 | OtherCash | $207.51 | $0.00 | $0.00 | $0.00 | $0.00 | $207.51 | $91,453.33 |
| 12/05/2017 | | 1072 | Late Charge | $0.00 | | | | | | |
| 12/05/2017 | 12/05/2017 | Impound | Transfer | $59.44 | $0.00 | $0.00 | $0.00 | $0.00 | $59.44 | $91,453.33 |
| 12/05/2017 | | Impound | Late Charge | $0.00 | | | | | | |
| 12/05/2017 | 12/05/2017 | Reserve | Transfer | -$59.44 | $0.00 | $0.00 | $0.00 | $0.00 | -$59.44 | $91,453.33 |
| 12/05/2017 | | Reserve | Late Charge | $0.00 | | | | | | |
| 12/05/2017 | 12/05/2017 | 1072 | Tax Advance-Escrow Shortage | -$207.51 | $0.00 | $0.00 | $0.00 | -$207.51 | | $91,453.33 |
| 12/05/2017 | | 1072 | Late Charge | $0.00 | | | | | | |
| 12/14/2017 | 12/14/2017 | EscrowVou | EscVou | -$812.53 | $0.00 | $0.00 | $0.00 | $0.00 | -$812.53 | $91,453.33 |
| 12/14/2017 | | EscrowVou | Late Charge | $0.00 | | | | | | |
| 12/27/2017 | 12/27/2017 | Reserve | Transfer | -$42.36 | $0.00 | $0.00 | $0.00 | $0.00 | -$42.36 | $91,223.47 |
| 12/27/2017 | | Reserve | Late Charge | $0.00 | | | | | | |
| 12/27/2017 | 11/01/2017 | TRUST | RegPmt | $0.00 | $752.58 | $229.86 | $0.00 | $0.00 | -$982.44 | $91,223.47 |
| 12/27/2017 | | TRUST | Late Charge | $0.00 | | | | | | |
| 12/27/2017 | 12/27/2017 | 552833 | OtherCash | $1,086.71 | $0.00 | $0.00 | $0.00 | $0.00 | $1,086.71 | $91,223.47 |
| 12/27/2017 | | 552833 | Late Charge | $0.00 | | | | | | |
| 01/30/2018 | 01/30/2018 | Reserve | Transfer | -$451.49 | $0.00 | $0.00 | $0.00 | $0.00 | -$451.49 | $90,991.72 |
| 01/30/2018 | | Reserve | Late Charge | $0.00 | | | | | | |
| 01/30/2018 | 01/30/2018 | 554587 | OtherCash | $1,514.89 | $0.00 | $0.00 | $0.00 | $0.00 | $1,514.89 | $90,772.18 |
| 01/30/2018 | | 554587 | Late Charge | $0.00 | | | | | | |
| 12/01/2017 | 12/01/2017 | TRUST | RegPmt | $0.00 | $750.69 | $231.75 | $0.00 | $0.00 | -$1,041.88 | $90,772.18 |
| 01/30/2018 | | TRUST | Late Charge | $0.00 | | | | | $59.44 | $90,772.18 |
| 02/28/2018 | 01/01/2018 | TRUST | RegPmt | $0.00 | $758.26 | $219.54 | $0.00 | $0.00 | -$1,037.24 | $90,772.18 |
| 02/28/2018 | | TRUST | Late Charge | $0.00 | | | | | $59.44 | $90,772.18 |
| 02/28/2018 | 02/28/2018 | Reserve | Transfer | -$44.65 | $0.00 | $0.00 | $0.00 | $0.00 | -$44.65 | $90,772.18 |
| 02/28/2018 | | Reserve | Late Charge | $0.00 | | | | | | |
| 02/28/2018 | 02/28/2018 | 556372 | OtherCash | $1,084.47 | $0.00 | $0.00 | $0.00 | $0.00 | $1,084.47 | $90,772.18 |
| 02/28/2018 | | 556372 | Late Charge | $0.00 | | | | | | |
| 03/02/2018 | 03/02/2018 | PPFN | Tax Advance - Escrow Shortage | -$893.41 | $0.00 | $0.00 | $0.00 | -$893.41 | $0.00 | $90,550.81 |
| 03/02/2018 | | PPFN | Late Charge | $0.00 | | | | | | |
| 03/27/2018 | 02/01/2018 | 558207 | RegPmt | $1,051.52 | $756.43 | $221.37 | $0.00 | $0.00 | $14.28 | $90,550.81 |
| 03/27/2018 | | 558207 | Late Charge | $0.00 | | | | | $59.44 | $90,327.60 |
| 05/02/2018 | 03/01/2018 | 560045 | RegPmt | $1,037.24 | $754.59 | $223.21 | $0.00 | $0.00 | $0.00 | $90,327.60 |
| 05/02/2018 | | 560045 | Late Charge | $0.00 | | | | | | |
| 05/02/2018 | 05/02/2018 | 560045 | OtherCash | $14.25 | $0.00 | $0.00 | $0.00 | $14.25 | $0.00 | $90,327.60 |
| 05/02/2018 | | 560045 | Late Charge | $0.00 | | | | | | |
| 05/25/2018 | 05/25/2018 | 561817 | OtherCash | $14.23 | $0.00 | $0.00 | $0.00 | $14.23 | $0.00 | $90,327.60 |
| 05/25/2018 | | 561817 | Late Charge | $0.00 | | | | | | |
| 05/25/2018 | 04/01/2018 | 561817 | RegPmt | $1,037.24 | $752.73 | $225.07 | $0.00 | $0.00 | $0.00 | $90,102.53 |
| 05/25/2018 | | 561817 | Late Charge | $0.00 | | | | | $59.44 | |
| 07/30/2018 | 05/01/2018 | TRUST | RegPmt | $0.00 | $750.85 | $226.95 | $0.00 | $0.00 | -$1,037.24 | $89,875.58 |
| 07/30/2018 | | TRUST | Late Charge | $0.00 | | | | | $59.44 | $89,875.58 |
| 07/30/2018 | 07/30/2018 | TRUST | OtherCash | -$15.77 | $0.00 | $0.00 | $0.00 | $15.77 | -$15.77 | |
| 07/30/2018 | | TRUST | Late Charge | $0.00 | | | | | | |

Exhibit 2

**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com  NMLS #4920  DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112  Fax: (714) 282-5775

Report Date: 06/16/2020

# Loan Master Report

| Date | Date | Ref# | Type | Amount | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/2018 | 07/30/2018 | 0565415 | OtherCash | $2,138.36 | $0.00 | $0.00 | $0.00 | $2,138.36 | $0.00 | $89,875.58 |
| 07/30/2018 | | 0565415 | Late Charge | $0.00 | | | | | | |
| 07/30/2018 | 06/01/2018 | TRUST | RegPmt | $0.00 | $748.96 | $228.84 | $0.00 | -$1,037.24 | $59.44 | $89,646.74 |
| 07/30/2018 | | TRUST | Late Charge | $0.00 | | | | | | |
| 08/27/2018 | 08/27/2018 | 567200 | OtherCash | $13.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $89,646.74 |
| 08/27/2018 | | 567200 | Late Charge | $0.00 | | | | | | |
| 08/27/2018 | 07/01/2018 | 567200 | RegPmt | $1,085.35 | $812.42 | $213.49 | $0.00 | $0.00 | $59.44 | $89,433.25 |
| 08/27/2018 | | 567200 | Late Charge | $0.00 | | | | | | |
| 10/19/2018 | 10/19/2018 | TRUST | OtherCash | $0.00 | $0.00 | $0.00 | $0.00 | -$2.05 | $0.00 | $89,433.25 |
| 10/19/2018 | | TRUST | Late Charge | $0.00 | | | | | | |
| 10/19/2018 | 08/01/2018 | 568971 | RegPmt | $1,087.74 | $810.49 | $215.42 | $0.00 | $2.39 | $59.44 | $89,217.83 |
| 10/19/2018 | | 568971 | Late Charge | $0.00 | | | | | | |
| 10/30/2018 | 10/30/2018 | TRUST | OtherCash | $0.00 | $0.00 | $0.00 | $0.00 | -$14.95 | $0.00 | $89,217.83 |
| 10/30/2018 | | TRUST | Late Charge | $0.00 | | | | | | |
| 10/30/2018 | 10/30/2018 | 570701 | OtherCash | $1,100.30 | $0.00 | $0.00 | $0.00 | $1,100.30 | $0.00 | $89,217.83 |
| 10/30/2018 | | 570701 | Late Charge | $0.00 | | | | | | |
| 10/30/2018 | 09/01/2018 | TRUST | RegPmt | $0.00 | $808.54 | $217.37 | $0.00 | -$1,085.35 | $59.44 | $89,000.46 |
| 10/30/2018 | | TRUST | Late Charge | $0.00 | | | | | | |
| 11/30/2018 | 10/01/2018 | 572321 | RegPmt | $1,100.36 | $806.57 | $219.34 | $0.00 | $0.00 | $59.44 | $88,781.12 |
| 11/30/2018 | | 572321 | Late Charge | $0.00 | | | | | | |
| 12/31/2018 | | EscrowVou | EscVou | -$856.44 | $0.00 | $0.00 | $0.00 | $0.00 | -$856.44 | $88,781.12 |
| 12/31/2018 | | EscrowVou | Late Charge | $0.00 | | | | | | |
| 12/31/2018 | 11/01/2018 | 574001 | RegPmt | $1,086.76 | $804.58 | $221.33 | $0.00 | $0.00 | $59.44 | $88,559.79 |
| 12/31/2018 | | 574001 | Late Charge | $0.00 | | | | | | |
| 01/28/2019 | 12/01/2018 | 575756 | RegPmt | $1,120.19 | $802.57 | $243.78 | $0.00 | $1.41 | $59.44 | $88,316.01 |
| 01/28/2019 | | 575756 | Late Charge | $0.00 | | | | | | |
| 02/27/2019 | 01/01/2019 | 577509 | RegPmt | $1,106.53 | $827.96 | $218.39 | $0.00 | $14.40 | $59.44 | $88,097.62 |
| 02/27/2019 | | 577509 | Late Charge | $0.00 | | | | | | |
| 03/28/2019 | 02/01/2019 | 579253 | RegPmt | $1,120.22 | $825.92 | $220.43 | $0.00 | $0.74 | $59.44 | $87,877.19 |
| 03/28/2019 | | 579253 | Late Charge | $0.00 | | | | | | |
| 04/30/2019 | 03/01/2019 | 581014 | RegPmt | $1,170.15 | $823.85 | $274.13 | $0.00 | $14.43 | $59.44 | $87,603.06 |
| 04/30/2019 | | 581014 | Late Charge | $0.00 | | | | | | |
| 06/25/2019 | 05/01/2019 | TRUST-2 | RegPmt | $0.00 | $819.17 | $227.18 | $0.00 | $0.00 | $111.07 | $87,375.88 |
| 06/25/2019 | | TRUST-2 | Late Charge | $0.00 | | | | | | |
| 06/25/2019 | | 584445 | OtherCash | $2,383.18 | $0.00 | $0.00 | $0.00 | $12.73 | $0.00 | $87,375.88 |
| 06/25/2019 | | 584445 | Late Charge | $0.00 | | | | | | |
| 06/25/2019 | 04/01/2019 | TRUST-1 | RegPmt | $0.00 | $821.28 | $225.07 | $0.00 | -$1,157.42 | $111.07 | $87,150.81 |
| 06/25/2019 | | TRUST-1 | Late Charge | $0.00 | | | | | | |
| 08/27/2019 | 06/01/2019 | 587870 | RegPmt | $1,157.42 | $817.04 | $229.31 | $0.00 | $2,314.84 | $111.07 | $86,921.50 |
| 08/27/2019 | | 587870 | Late Charge | $0.00 | | | | | | |
| 10/01/2019 | | 589542 | OtherCash | $2,386.93 | $0.00 | $0.00 | $0.00 | $68.34 | $0.00 | $86,921.50 |
| 10/01/2019 | | 589542 | Late Charge | $0.00 | | | | | | |
| 10/01/2019 | 08/01/2019 | TRUST-2 | RegPmt | $0.00 | $794.62 | $237.53 | $0.00 | -$1,157.42 | $111.07 | $86,683.97 |
| 10/01/2019 | | TRUST-2 | Late Charge | $0.00 | | | | | | |
| 10/01/2019 | 07/01/2019 | TRUST-1 | RegPmt | $0.00 | $796.78 | $235.37 | $0.00 | -$1,143.22 | $111.07 | $86,448.60 |
| 10/01/2019 | | TRUST-1 | Late Charge | $0.00 | | | | | | |
| 10/28/2019 | | 591325 | OtherCash | $1,158.69 | $0.00 | $0.00 | $0.00 | $1,157.42 | $0.00 | $86,448.60 |

Exhibit 2

**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com  NMLS #4920  DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112  Fax: (714) 282-5775

Report Date: 06/16/2020

# Loan Master Report

| Date | Ref | Type | Charge | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/2019 | 591325 | Late Charge | $0.00 | | | | | | |
| 10/28/2019 | TRUST | RegPmt | $0.00 | $792.45 | $0.00 | $239.70 | $0.00 | -$1,143.22 | $111.07 | $86,208.90 |
| 10/28/2019 | TRUST | Late Charge | $0.00 | | | | | | |
| 11/26/2019 | 592990 | RegPmt | $1,187.44 | $790.25 | $0.00 | $241.90 | $30.02 | $14.20 | $111.07 | $85,967.00 |
| 11/26/2019 | 592990 | Late Charge | $0.00 | | | | | | |
| 12/05/2019 | EscrowVou | EscVou | -$930.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$930.35 | $85,967.00 |
| 12/05/2019 | EscrowVou | Late Charge | $0.00 | | | | | | |
| 12/24/2019 | 594673 | RegPmt | $1,180.07 | $788.03 | $0.00 | $244.12 | $36.85 | $0.00 | $111.07 | $85,722.88 |
| 12/24/2019 | 594673 | Late Charge | $0.00 | | | | | | |
| 01/27/2020 | TRUST | RegPmt | $0.00 | $785.79 | $0.00 | $246.36 | $0.00 | -$1,143.22 | $111.07 | $85,476.52 |
| 01/27/2020 | TRUST | Late Charge | $0.00 | | | | | | |
| 01/27/2020 | 596353 | OtherCash | $1,113.11 | $0.00 | $0.00 | $0.00 | $1.92 | $1,111.19 | $0.00 | $85,476.52 |
| 01/27/2020 | 596353 | Late Charge | $0.00 | | | | | | |
| 02/26/2020 | 597894 | RegPmt | $1,113.45 | $739.02 | $0.00 | $261.10 | $2.26 | $0.00 | $111.07 | $85,215.42 |
| 02/26/2020 | 597894 | Late Charge | $0.00 | | | | | | |
| 03/27/2020 | 599667 | OtherCash | $482.94 | $0.00 | $0.00 | $0.00 | $482.94 | $0.00 | $0.00 | $85,215.42 |
| 03/27/2020 | 599667 | Late Charge | $0.00 | | | | | | |
| 03/31/2020 | TRUST | RegPmt | $0.00 | $736.76 | $0.00 | $263.36 | $0.00 | -$1,111.19 | $111.07 | $84,952.06 |
| 03/31/2020 | TRUST | Late Charge | $0.00 | | | | | | |
| 03/31/2020 | Suspense | Transfer | $1,233.54 | $0.00 | $0.00 | $0.00 | $0.00 | $1,233.54 | $0.00 | $84,952.06 |
| 03/31/2020 | Suspense | Late Charge | $0.00 | | | | | | |
| 04/27/2020 | 601313 | OtherCash | $89.14 | $0.00 | $0.00 | $0.00 | $89.14 | $0.00 | $0.00 | $84,952.06 |
| 04/27/2020 | 601313 | Late Charge | $0.00 | | | | | | |
| 06/15/2020 | 081465 | RegPmt | $1,090.71 | $734.48 | $0.00 | $265.64 | $0.00 | $0.00 | $90.59 | $84,686.42 |
| 06/15/2020 | 081465 | Late Charge | $0.00 | | | | | | |
| | | | | $33,338.94 | $0.00 | -$84,686.42 | -$721.06 | $373.12 | $476.61 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  
KENNETH MAURICE BROWN  
VALERIE RENEE KING  
DEBTOR(S)

CASE NUMBER:  
14-02472-5-SWH

CHAPTER 13

## NOTICE OF MOTION

**NOTICE IS HEREBY GIVEN** of the Trustee's Motion to Declare Mortgage Payment Current filed simultaneously herewith in the above captioned case; and

**FURTHER NOTICE IS HEREBY GIVEN** that this Motion may be allowed provided no response and request for hearing in made by a party in interest in writing to the Clerk of this Court on or before September 14, 2020; and

**FUTHER NOTICE IS HEREBY GIVEN** that if a response and a request for hearing is filed by a party in interest in writing within the time period indicated, a hearing will be conducted on the Motion and response thereto at a date, time, and place to be set later by the Court and all interested parties will be notified accordingly. If no request for hearing is timely filed, the Court may rule on the Motion and response thereto *ex parte* without further notice. Any party filing an objection requesting a hearing shall appear at said hearing or they may be taxed with Court costs.

**DATE OF NOTICE: August 21, 2020**

*/s/ John F. Logan*  
JOHN F. LOGAN  
NC BAR NO. 12473  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 61039  
RALEIGH, NC 27661-1039  
TELEPHONE: (919) 876-1355  
FACSIMILE: (919) 876-6889

# CERTIFICATE OF SERVICE

I hereby certify that this day I have served a copy of this Motion to Declare Mortgage Payment Current and Notice of Motion upon the parties to this action as indicated, electronically or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to counsel for said parties, this 21st day of August, 2020.

/s/ *Anna A. Maroun*
Anna A. Maroun, NCCP
Mortgage Analyst

**COPIES TO:**

**DEBTORS** (via U.S. First Class mail)
KENNETH MAURICE BROWN
VALERIE RENEE KING
5825 SANDY RUN
KNIGHTDALE, NC 27545

**ATTORNEY FOR DEBTORS** (via Electronic Mail)
WILLIAM E. BREWER, JR.
JANVIER LAW FIRM, PLLC
311 E. EDENTON STREET
RALEIGH, NC 27601

**ADDRESS FOR CREDITOR** (via U.S. First Class Mail)
WILLOW CREEK FINANCIAL SERVICES LLC
C/O FCI LENDER SERVICES, INC.
ATTN: OFFICER
PO BOX 27370
ANAHEIM HILLS, CA 92809-0112

**ADDRESS 2 FOR CREDITOR** (via U.S. First Class Mail)
MCMICHAEL TAYLOR GRAY, LLC
5555 GLENRIDGE CONNECTOR, STE. 200
ATLANTA, GA 30342

**ADDRESS 3 FOR CREDITOR** (via U.S. First Class Mail)
SOTTILE & BARILE, LLC
ATTN: OFFICER
394 WARDS CORNER ROAD, STE. 180
LOVELAND, OH 45140

**ADDRESS 4 FOR CREDITOR** (via U.S. First Class Mail)
MARK A. BAKER, ESQ.
MCMICHAEL TAYLOR GRAY, LLC
3550 ENGINEERING DRIVE, STE. 260
PEACHTREE CORNERS, GA 30092

**ATTORNEY FOR CREDITOR** (via Electronic Mail)
HUTCHENS LAW FIRM
ATTN: BANKRUPTCY DEPT.
PO BOX 2505
FAYETTEVILLE, NC 28302